UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
PEDRO FONTANES,                     :    Civil No.: 16-cv-05768-ENV-CLP
                                    :
            Plaintiff(s),           :    **RULE 7.1 STATEMENT**
                                    :    **CORPORATE DISCLOSURE**
    v.                              :
                                    :
B-21, LLC and RITE AID OF NEW YORK, :
INC. d/b/a RITE AID,                :
                                    :
            Defendant(s).           :
------------------------------------X

Defendant, RITE AID OF NEW YORK, INC. d/b/a RITE AID, by way of its attorneys, RAVEN & KOLBE, LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

RITE AID OF NEW YORK, INC. is a wholly owned subsidiary of Rite Aid Corporation, a publicly traded Corporation. No one entity owns more than ten (10) percent of the Rite Aid Corporation's stock.

Dated: New York, New York
       November 11, 2016

                                        Yours, etc.

                                        RAVEN & KOLBE, LLP

                                    By: _____
                                        Keith A. Raven (KR-8086)
                                        Attorneys for Defendant
                                        RITE AID OF NEW YORK, INC.
                                        d/b/a RITE AID
                                        126 East 56th Street, Suite 202
                                        New York, New York 10022
                                        Tel. (212) 759-7466
                                        Fax (212) 759-0166
                                        File No.: 904-445-01

TO:

SEKENDIZ LAW FIRM P.C.
Attorneys for Plaintiff
PEDRO FONTANES
45 Broadway, Suite 1420
New York, New York 10006
Tel. (212) 380-8087

B-21, LLC
*This defendant has not yet appeared in this action*

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

  Nelida M. Lamboy-Perez, being duly sworn, deposes and says:

  1. That she is an employee in the office of RAVEN & KOLBE, LLP, attorneys herein.

  2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Glendale, New York.

  3. That on November 15, 2016 she served the within copy of the **RULE 7.1 STATEMENT CORPORATE DISCLOSURE** upon:

    SEKENDIZ LAW FIRM P.C.
    45 Broadway, Suite 1420
    New York, New York 10006

    B-21, LLC
    *This defendant has not yet appeared in this action*

by depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States Government directed to the above-mentioned parties at their respective address above, that this being the address within the State designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

              _____
              NELIDA M. LAMBOY-PEREZ

Sworn to before me this
15th day of November, 2016

_____
Lorna Rodney
Notary Public, State of New York
No. 01R05056568
Qualified in Kings County
Commission Expires 3-4-14